UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　　　　　　　　Case No.:  12-cv-1866

　　　　-v-

ALL FUNDS AND OTHER PROPERTY
ON DEPOSIT IN THE NINETEEN BANK
ACCOUNTS LISTED ON ATTACHMENT A,
AND ALL PROPERTY TRACEABLE THERETO,

and

ALL RIGHT, TITLE AND INTEREST
IN THE SEVEN PIECES OF REAL PROPERTY
LISTED IN ATTACHMENT B, WITH ALL
IMPROVEMENTS, ATTACHMENTS AND
EASEMENTS THEREON,

-------------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Barry Coburn for admission to practice Pro Hac Vice in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the State of Maryland, the Commonwealth of Virginia, and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Barry Coburn

Firm Name: Coburn & Greenbaum, PLLC

Address: 1710 Rhode Island Ave., NW 2nd Floor

City/ State/ Zip: Washington, DC  20036

Telephone/Fax: (202) 470-6706 (phone); (866) 561-9712 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Padma Allen, Reddy Allen, Technodyne LLC, and Soundaryamma Chennareddy in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Date: JUN 15 2012

George B. Daniels
United States District Judge