# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States                                 Plaintiff, | |
| -v- | Case No. 12-cv-1866 |
| All Funds and Other Property on Deposit in the Nineteen Bank Accounts Listed on Attachment A, et al.           Defendant. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Technodyne, LLC                                     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 6/22/12

**Signature of Attorney**

**Attorney Bar Code:** pro hac vice

Form Rule7_1.pdf  SDNY Web 10/2007