# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET, SUITE 5
NEWARK, NEW JERSEY 07102-4056
Newark (973) 622-3000
New York (212) 714-1720

| Marc C. Pakrul | FAX (973)623-7780 | Direct Telephone: (973) 623-7692 |
| Partner | www.tompkinsmcguire.com | mpakrul@tompkinsmcguire.com |

September 20, 2012

*Via Electronic Filing*
Honorable Thomas P. Griesa, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

        **Re:** *United States v. All Funds and Other Property*
            Docket No. 12cv1866(TPG)

Dear Judge Griesa:

    This Firm has been retained to represent defendant Bank of America in connection with the above referenced matter.  The purpose of this correspondence is to simply alert the court and parties that the property located at 6 Little Place, in Wayne, New Jersey has seemingly been listed for sale.  *See* http://www.trulia.com/property/3062274083-6-Little-Pl-Wayne-NJ-07470.  I cannot confirm whether any of the other properties which are the subject of this action have been listed.  However, I can confirm that my client has <u>not</u> been contacted by anyone with respect to a potential contract of sale of any of the subject properties.  We will certainly continue to monitor this situation and keep the court advised.

    If Your Honor should have any questions or comments regarding any of the above, please do not hesitate to call.

                Respectfully submitted,

                */s/ Marc C. Pakrul*
                Marc C. Pakrul
        For    TOMPKINS, McGUIRE, WACHENFELD & BARRY

MCP
*Via Electronic Filing*
cc:    All Counsel of Record