```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2025_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ALL FUNDS AND OTHER PROPERTY ON DEPOSIT IN THE NINETEEN BANK ACCOUNTS LISTED ON ATTACHMENT A, AND ALL PROPERTY TRACEABLE THERETO,

and

ALL RIGHT, TITLE AND INTEREST IN THE SEVEN PIECES OF REAL PROPERTY LISTED IN ATTACHMENT B, WITH ALL IMPROVEMENTS, ATTACHMENTS AND EASEMENTS THEREON,

Defendants-in-rem.

12 Civ. 1866 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **March 4, 2025**, the Government shall update the Court as to the status of this matter.

SO ORDERED.

Dated: February 4, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge