**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-                         12 **CIVIL** 1866 (AT)


                                              <u>**JUDGMENT**</u>

ALL FUNDS AND OTHER PROPERTY ON
DEPOSIT IN THE NINETEEN BANK
ACCOUNTS LISTED ON ATTACHMENT A,
AND ALL PROPERTY TRACEABLE THERETO,
                       Defendants.


     and

ALL RIGHT, TITLE AND INTEREST IN THE
SEVEN PIECES OF REAL PROPERTY LISTED IN
ATTACHMENT B, WITH ALL IMPROVEMENTS,
ATTACHMENTS AND EASEMENTS THEREON
                    Defendants-in-rem
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 19, 2025, Judgment is entered in favor of the United States

and against the following two bank accounts: 1. all funds on deposit in Bank of America

Account No. 4032028150, held in the name of Kaveri International Inc., d/b/a McCreade

Information Technology; and 2. all funds on deposit in PNC Bank Account No. 802999866, held

in the name of Soundaryamma Chennareddy. Accordingly, the case is closed.

**Dated:**  New York, New York

      June 9, 2025

                               **TAMMI M. HELLWIG**
                            _____
                                  **Clerk of Court**

                    **BY:**          _____
                                  **Deputy Clerk**